Nos. 26-718, 26-873

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,
*Plaintiffs-Appellees,*
v.
DOUG BURGUM, *et al.*,
*Defendants-Appellants.*

Appeal from the United States District Court
for the District of Oregon
No. 3:23-cv-00150 (D. Or.) (Hon. Adrienne Nelson)

**NOTICE RE: TRANSCRIPTS**

Pursuant to Circuit Rule 10-3, Federal Defendants-Appellants hereby provide notice that the parties have conferred and agree that no transcripts are necessary in these cross-appeals.

Respectfully submitted,

*/s/ Cynthia Taub*
CYNTHIA TAUB
Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7415, Ben Franklin Station
Washington, DC 20044
(202) 598-5695
cynthia.taub@usdoj.gov

Attorney for Federal Defendants-Appellants

Dated: February 17, 2026
DJ 90-8-6-08616